IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| JENNIFER TRONCONE, | : | |
| Plaintiff, | : | Civil No. 10-2961 (RBK/AMD) |
| v. | : | **ORDER** |
| EFTHEMIOS VELAHOS, NANCY VELAHOS, THE VELAHOS LAW FIRM and the NATIONAL FORECLOSURE CONSULTANT GROUP, | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court upon the motion by Plaintiff Jennifer Troncone, on behalf of herself and others similarly situated, to certify a proposed collective action pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA") and a proposed class action pursuant to Federal Rule of Civil Procedure 23, and for default judgment; and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's motion to certify a collective action pursuant to Section 216 of the FLSA is DENIED; and

**IT IS FURTHER ORDERED** that Plaintiff's NJWHL class action claim is dismissed; and

**IT IS FURTHER ORDERED** that Plaintiff's unjust enrichment claim is dismissed; and

**IT IS FURTHER ORDERED** that Plaintiff's NJWPL class action claim is dismissed;

and

**IT IS FURTHER ORDERED** that Plaintiff's motion for default judgment is DENIED.


Date: 7/28/2011                                    /s/ Robert B. Kugler
                                                   ROBERT B. KUGLER
                                                   United States District Judge