NOT FOR PUBLICATION                                                                                          (Doc. No. 42)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| JENNIFER TRONCONE, | |
| Plaintiff, | Civil No. 10-2961 (RBK/AMD) |
| v. | **ORDER** |
| EFTHEMIOS VELAHOS, NANCY VELAHOS, THE VELAHOS LAW FIRM and the NATIONAL FORECLOSURE CONSULTANT GROUP, | |
| Defendants. | |

**KUGLER,** United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiff's motion to certify an FLSA opt-in class and to certify a Federal Rule of Civil Procedure 23(b)(3) opt-out class, and the Court having considered the moving papers; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's motion to certify the FLSA class is **DENIED** without prejudice.  **IT IS HEREBY FURTHER ORDERED** that Plaintiff's motion to certify the Rule 23(b)(3) class is **GRANTED**.

Dated:   3/25/13                                                                                     /s/ Robert B. Kugler
                                                                                                           ROBERT B. KUGLER
                                                                                                           United States District Judge